IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER GREEN                                                                                    PLAINTIFF

V.                                          NO. 3:05CV00158-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 28th day of September, 2006.

UNITED STATES MAGISTRATE JUDGE