IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER GREEN                                                   PLAINTIFF

v.                              3:05CV00158 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                            DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $2,340.60 and expenses in the amount of $13.95. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 18th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE